**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT A. BRADLEY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ROBERT HOREL, Warden, ) <br> ) <br> Respondent. ) <br>_____) | No. CV 07-1317 ODW (CW) <br><br> JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>May 4, 2010</u>

_____
OTIS D. WRIGHT, II
United States District Judge

1